UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NARCISCO GUZMAN MARTINEZ, et al.,<br><br>                                Plaintiffs,<br><br>            -v-<br><br>COLLIN STEPHEN GREGORY II, et al.,<br><br>                                Defendants. | 22 Civ. 8986 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

As discussed at the conference held today, the Court sets the following dates and deadlines:

- The outstanding expert discovery, which consists of medical reports and Rule 26 disclosures, is due January 26, 2024.

- The joint pre-trial order and all motions *in limine* are due February 19, 2024. Any opposition to any motion *in limine* is due February 26, 2024. The parties are again instructed to consult the Court's Individual Rules for guidance in preparing the joint pre-trial order.

- The final pre-trial conference in this case is scheduled for **March 21, 2024 at 3 p.m.** The conference is to take place in person at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, in Courtroom 1305.

- A jury trial in this action will begin on **May 6, 2024**.

SO ORDERED.

_Paul A. Engelmayer_
PAUL A. ENGELMAYER
United States District Judge

Dated: January 10, 2024
      New York, New York