UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NARCISCO GUZMAN MARTINEZ, *et al.*,

                      Plaintiffs,

-v-

COLLIN STEPHEN GREGORY II, *et al.*,

                      Defendants.

22 Civ. 8986 (PAE) (KHP)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received the parties' proposed consent to proceed before a magistrate judge (in this case, the Hon. Judge Katherine H. Parker). Dkt. 28. By separate order, the Court will approve the referral. The Court yesterday, upon a considered review with counsel, set a firm schedule for trial, and for pretrial submissions. *See* Dkt. 26. For avoidance of doubt, those deadlines remain in place, and the Court expects that Judge Parker will adhere to that schedule, save to the extent that the conference or trial dates set by the Court may conflict with her schedule.

SO ORDERED.

                                                    *Paul A. Engelmayer*
                                                    PAUL A. ENGELMAYER
                                                    United States District Judge

Dated: January 11, 2024
        New York, New York