UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED:___1/30/2024____
```

NARCISCO GUZMAN MARTINEZ, et al.,

                  Plaintiffs,

-against-

COLLIN STEPHEN GREGORY II, et al.,

                  Defendants.

**ORDER**

**22-CV-8986 (KHP)**

KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:

The Honorable Sarah Netburn will preside over a settlement conference in this case.  By February 5, 2024, the parties shall contact Judge Netburn's chambers to advise of their availability on April 1, 2 and 5, 2024 for a settlement conference.

      **SO ORDERED.**

Dated: January 30, 2024
       New York, New York

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge